JULIUS ETTELSON ET AL.

V.

BENJAMIN F. JACOBS.

*Practice—Appeal.*

1. Failure to file an appeal bond and have it approved within the time fixed by an order of court allowing the appeal, is fatal thereto.

2. This court dismisses the appeal in the case presented, the trial court having approved and ordered filed, *nunc pro tunc,* as of a certain date, an appeal bond, the bill of exceptions showing no ground for such order.

[Opinion filed April 8, 1891.]

APPEAL from the County Court of Cook County; the Hon. FRANK SCALES, Judge, presiding.

Messrs. KRAUS, MAYER & STEIN, for appellants.

Messrs. JESSE A. BALDWIN and NELSON MONROE, for appellee.

MORAN, P. J.  The appeal was allowed in the County Court in this case on February 3, 1891, on condition that an appeal bond should be filed within twenty days from said date. The appeal bond is shown by the record to have been presented to the court for approval on March 4, 1891, and to have been approved and ordered filed, *nunc pro tunc,* as of February 18,

428     APPELLATE COURTS OF ILLINOIS.

VOL. 40.]     The People v. Western Mfrs. Mut. Ins. Co.

1891. The bill of exceptions shows no ground for such *nunc pro tunc* order, and it was beyond the power of the court to make it unless grounds therefor were shown.

The failure to file the bond and have it approved within the time fixed by the order allowing the appeal, is fatal to the appeal. Price v. P., Ft. Wayne & Chi. R. R. Co., 40 Ill. 44; Wormly v. Wormly, 96 Ill. 129. The motion to dismiss the appeal will be granted.

*Motion granted.*